# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Eric S. Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00066-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Thomas Lewis | ) | |
| Alan Norman | ) | |
| FNU Degree, | ) | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2015 Order.

July 1, 2015

_____
Frank G. Johns, Clerk
United States District Court